UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:                                                                    ORDER OF DISMISSAL
                                                                                   FOR
**Tronox Incorporated**                                      FAILURE TO PROSECUTE
                                                                          BANKRUPTCY APPEAL

-----------------------------------------------------X              22-CV-0235 JPC

FROM:   VITO GENNA, CLERK
               UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF NEW YORK

TO:         RUBY J. KRAJICK, CLERK
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                                BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 07/27/2021
APPELLANT: Julia Burgin (on behalf of Lenner Hendricks)
BANKRUPTCY DOCUMENT #: 9742

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

    _X_  FRBP 8009
    ___  Federal Rules of Civil Procedure (Rule _____)
    _X_  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___  Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **June 16, 2022**                                              Vito Genna, Clerk
              New York, New York                                       U.S. Bankruptcy Court, SDNY

                                                                                    By:   ____s/ Anatin Rouzeau____
                                                                                                   Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____June 21_____ 20 22              _____
              New York, New York                                    Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____              Ruby J. Krajick , Clerk
                                                                                           District Court, SDNY

                                                                                  By: _____
                                                                                                Deputy Clerk